Chambers Copy

1  OGOCHUKWU VICTOR ONWAEZE, Esq. SB#164865
   ONWAEZE LAW GROUP, APC
2  3250 WILSHIRE BLVD. SUITE 1500
   LOS ANGELES, CA. 90010
3  (213) 738-5066  Fax: (213) 738-5068

JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL JENKINS, | CASE NO. 2:14-CV-00721-GAF (JCx) |
| Plaintiff, | ORDER ON STIPULATION ~~AND PROPOSED ORDER~~ FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| CENLAR FSB ET AL. | ASSIGNED TO THE HONORABLE JUDGE GARY ALLEN FEESS |
| Defendants | |

///
///
///
///

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff, Wendell Jenkins by and through his counsel of record, hereby request dismissal of the entire complaint with prejudice.

Defendants, Cenlar FSB, a Federally Chartered Savings Bank; Federal Home Loan Mortgage Corporation, Quality Loan Service Corporation, a California Corporation by and through their respective counsel of record, hereby stipulate to plainitff's request.

1

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE

Each of the undersigned parties agrees to bear its own costs and attorney's fees associated with this action.

Dated: October 29, 2014     ONWAEZE LAW GROUP, APC

_____
Ogochukwu Victor Onwaeze
Attorney for Plaintiff, Wendell Jenkins

Dated: November 11, 2014     MCCARTHY & HOLTHUS, LLP

_____
DAVID C. SCOTT
Attorney for Defendants, Cenlar FSB, a Federally Chartered Savings Bank; Federal Home Loan Mortgage Corporation, Quality Loan Service Corporation, a California Corporation.

**IT IS SO ORDERED**

Dated: 11/13/14

_____
UNITED STATES DISTRICT JUDGE.

2

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE